1  AARON D. FORD
     Attorney General
2  DAWN R. JENSEN (Bar No. 10933)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3195 (phone)
   (702) 486-3773 (fax)
6  Email:  drjensen@ag.nv.gov

7  *Attorneys for Defendants*
   *Rosa Chavez, William Hutchings, Perry Mikel,*
8  *Gustavo Sanchez, and Rashonda Smith*

9

10              UNITED STATES DISTRICT COURT

11                 DISTRICT OF NEVADA

12  HAROLD EDWARDS,                          Case No. 2:21-cv-00682-APG-BNW

13              Plaintiff,

14  v.                                       **STIPULATION AND ORDER TO
                                             DISMISS WITH PREJUDICE**
15  SOUTHERN DESERT CORRECTIONAL
    CENTER, *et al.,*
16

17              Defendants.

18       It is stipulated and agreed to under Rule 41(a)(1)(A)(ii), Federal Rules of Civil

19  Procedure, by and between Plaintiff Harold Edwards, pro se, and Defendants, Rosa Chavez,

20  William Hutchings, Perry Mikel, Gustavo Sanchez, and Rashonda Smith, by and through

21  counsel, Aaron D. Ford, Nevada Attorney General, and Dawn R. Jensen, Deputy Attorney

22  General, that the above-caption matter has been resolved in its entirety.

23  ///

24  ///

25  ///

26  ///

27  ///

28

1    The Parties request that the above-captioned matter be dismissed with prejudice,

2    with each party will bear their own attorneys' fees and costs, and that the Court may

3    accordingly close the case.

4    DATED: _2.2.22_____, 2022          DATED: January 28, 2022.

5                                                     AARON D. FORD
                                                      Attorney General
6

7    By: _Harold Edwards_____       By:  /s/ Dawn R. Jensen_____

8    HAROLD EDWARDS, #1169986              DAWN R. JENSEN (Bar No. 10933)
     *Plaintiff Pro Se*                    Deputy Attorney General

9                                                     Attorney for Defendants

10

11                                  **ORDER**

12        **IT IS SO ORDERED**. This matter is **DISMISSED WITH PREJUDICE** and the

13   Clerk is directed to close the case.

14

15        DATED: _February 4, 2022_____

16

17                                          _____
                                            UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28