Harold Edwards
Southern Desert Corr. Center
P.O. BOX 208
Indian Springs, NV. 89070

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

HAROLD EDWARDS,
          Plaintiff,

Case NO. 2:21-cv-00682-APG-BNW

vs.

SOUTHERN DESERT CORRECTIONAL CENTER'S SENIOR PEACE OFFICERS MIKEL SANCHEZ CHAVEZ AND JOHN DOES 1-20 CASE WORKER R. SMITH WARDEN WILLIAM HUTCHINGS ET AL.,

## MOTION FOR COPY OF SETTLEMENT AGREEMENT

Plaintiff Harold Edwards #1169986 by and through himself asks this Honorable Court to Order the Nevada Attorney General's Office to provide me with a copy of the Settlement Agreement Signed on February 2nd 2022. I never received my Copy of that Settlement Agreement.

DATED THIS 20th day of April 2022

By: Harold Edwards
Harold Edwards #1169986
Southern Desert Corr. Center
Indian Springs, NV. 89070

**ORDER**

IT IS ORDERED that ECF No. 15 is conditionally granted. The Nevada Attorney General's Office is ordered to provide Plaintiff a copy of the parties' settlement agreement by 5/30/2022 unless it has an objection to doing so. In that case, the Attorney General's Office shall file a response to ECF No. 15 setting forth its objection.

IT IS SO ORDERED
DATED: 2:14 pm, May 24, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

**CERTFICATE OF SERVICE BY MAILING**

I, Harold Edwards, hereby certify, pursuant to NRCP 5(b), that on this 20th day of April, 2022, I mailed a true and correct copy of the foregoing, "Motion For Copy Of Settlement Agreement" by placing document in a sealed pre-postage paid envelope and deposited said envelope in the United State Mail addressed to the following:

CLERK, U.S. DISTRICT COURT
DIST OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO - RM 1334
LAS VEGAS, NV. 89101

CC:FILE

DATED: this 20th day of April, 2022.

Harold Edwards    # 1169986
/In Propria Personam
Post Office Box 208, S.D.C.C.
Indian Springs, Nevada 89018
IN FORMA PAUPERIS:

Ronald Edwards #1169986
69 North State Rt.
, Box 1989
Ely, NV. 89301

FILED ___ ENTERED
___ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 20 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

89101–706934

LAS VEGAS NV 890
18 MAY 2022 PM 4 L



CLERK. U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO.— RM 1334
LAS VEGAS, NV. 89101